UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA                              15 CR 393 (MB)

-against-

MUNTHER SALEH                                        NOTICE OF MOTION
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the affirmation of Deborah Colson, Esq., the

memorandum of law, and all prior pleadings and proceedings herein, Mr. Saleh will move this

Court before the Honorable Margo Brodie, United States District Judge for the Eastern District

of New York, located at 225 Cadman Plaza East, Brooklyn, N.Y., at a date and time to be fixed

by the Court, for an Order suppressing all FISA-derived evidence and/or disclosing the FISA

orders and applications.


Dated:      November 14, 2016                        /s/
            New York, N.Y.                        _____
                                        Deborah Colson, Esq.
                                        Colson Law PLLC
                                        80 Broad Street
                                        New York, N.Y. 10004
                                        (212) 257-6455