# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 791-3940
tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

July 6, 2017

**By E.C.F.**

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: ***United States v. Fareed Mumuni***, Docket. No. 15 Cr. 393 (MKB)

Dear Judge Brodie:

    Defense counsel objects to the government's application for a prolonged continuance of Fareed Mumuni's sentencing date into the month of October. Defense counsel is unaware of any compelling reason which warrants such a lengthy continuance.

    Fareed Mumuni's sentencing is presently scheduled for July 27, 2017, however, the first disclosure of the Presentence Investigation Report (PSR) was received by defense counsel just last week, on June 29, 2017. As a result, defense counsel requires a few additional weeks to prepare for sentencing, but shall be available to proceed to sentencing on any date during the month of August

    Thank you for your Honor's consideration of this matter.

                                       Respectfully,

                                       *Anthony L. Ricco*
                                       Anthony L. Ricco

cc: A.U.S.A. Alexander A. Solomon (By E.C.F.)
cc: A.U.S.A. Douglas M. Pravda (By E.C.F.)
cc: A.U.S.A. Ian C. Richardson (By E.C.F.)