

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

August 14, 2017

By ECF

Honorable Margo Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    *United States v. Munther Saleh,* 15 Cr. 393

Dear Judge Brodie:

    Mr. Saleh and his co-defendant, Fareed Mumuni, are scheduled to be sentenced on September 15, 2017. I write with the consent of the government and Mr. Mumuni's attorney, Tony Ricco, to respectfully request a six-week adjournment of the sentencing hearing until late October or early November 2017. Mr. Saleh has numerous complex legal and factual objections to the draft Presentence Report, which require briefing, and we are still waiting for letters and other materials from Mr. Saleh's family, including relatives who live overseas. In addition, Mr. Ricco begins a trial on September 18, 2017, for which he requires some time to prepare. Mr. Ricco objected to the government's initial request for an adjournment of the sentencing hearing. Having reviewed the Presentence Report and conferred with counsel, he withdraws that objection.

    Should the Court grant an adjournment, all parties are generally available in late October or early November 2017. The government is not available on October 27 or October 30, 2017. Mr. Ricco begins a trial on November 6, 2017.

    Thank you for your consideration.

Very truly yours,

/s/

Deborah Colson
(212) 257-6455

cc:    AUSA Doug Pravda
       AUSA Alex Solomon
       AUSA Ian Richardson
       Tony Ricco, Esq.

23590.docx