

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

December 8, 2017

By Email and ECF

AUSA Alex Solomon
AUSA Doug Pravda
AUSA Ian Richardson
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Munther Saleh,* 15 Cr. 393 (MKB)

Dear Messrs. Solomon, Pravda, and Richardson:

    Please see the attached letter from Mr. Saleh.

                      Very truly yours,

                      /s/

                      Deborah Colson
                      (212) 257-6452

cc:   Probation Officer Patricia A. Sullivan
       Clerk of Court (by ECF)

Enclosure

24068.docx

December 8, 2017

To the Honorable Judge Margo Brodie

I accept full responsibility for my actions in impeding law enforcement on June 13 2015. I deliberately ran toward the officers' car with the intent to interfere with their surveillance. I did so knowing the officers were probably following me because of my support for the Islamic State.

The purpose of my October 13, 2017 letter was to advise the court that Mr. Rabbani and I had previously spoken to law enforcement about being followed and to emphasize that I had no intention of harming the officers. Nevertheless, I made a conscious and voluntary decision to approach the officers' car, acknowledge my guilt and accept full responsibility for my conduct.

Sincerely, Munther Saleh
Reg no. 85932-053